UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

```
SAMSON HALL,                    )
                                )
     Plaintiff,                 )
                                )
     vs.                        )   CV 99-PT-0100-M
                                )
U. S. STEEL MINING CO., LLC,    )
d/b/a OAK GROVE MINES,          )
                                )
     Defendant.                 )
                                )
```

FILED 99 JUL 16 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 16 1999

MEMORANDUM TO PARTIES

See McGregor v. Autozone, Inc. decided by the Eleventh Circuit on July 14, 1999.

32